■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY SANDERS, Appellant. [912 NYS2d 476]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Arlene Silverman, J., at plea; Renee A. White, J., at sentence), rendered on or about June 23, 2009, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment

so appealed from be and the same is hereby affirmed. Concur—Gonzalez, P.J., Tom, Sweeny, Richter and Manzanet-Daniels, JJ.